Andrew C. Schwartz (State Bar No. 64578)
Larry E. Cook (State Bar No. 122776)
Thom Seaton (State Bar No. 62713)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA GRANDE, ANTHONY GRANDE, DONNA GROSS, and MARIA LOUISE RODRIGUEZ<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANT HILL, CALIFORNIA; FORMER POLICE CHIEF DAVID LIVINGSTON, sued in his individual capacity; LIEUTENANT JOSE DELATORRE, sued in his individual capacity; SERGEANT DAVID NICHOLS, sued in his individual capacity; SERGEANT LISA HAGDAHL, sued in her individual capacity; DETECTIVE MATT KRISTIC, sued in his individual capacity; OFFICER BRIAN LEONARD, sued in his individual capacity; OFFICER TIM JUNG, sued in his individual capacity; OFFICER TODD JUNG, sued in his individual capacity; OFFICER PHILIP REILY, sued in his individual capacity; OFFICER RONALD PRIEBE, sued in his individual capacity; OFFICER DREW SANCHEZ, sued in his individual capacity; OFFICER JEFFREY HAHN, sued in his individual capacity; OFFICER ZACH LEKSE, sued in his individual capacity; CORPORAL SCOTT VERMILLION, sued in his individual capacity; SERGEANT TIM FRANK, sued in his individual capacity and DOES 1 through 100,<br><br>Defendants. | CASE NO.: C06-07556 CW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION** |

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

*Grande and Gross v. City of Pleasant Hill, et al.* – Case No. C06-07556 CW
STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION

Page 1

IT IS HEREBY STIPULATED between the parties that they shall have an additional 120 days to complete mediation in the above-entitled matter. The mediation shall be completed by October 14, 2007.

Dated: April 27, 2007

/s/ - "Andrew C. Schwartz"
Andrew C. Schwartz
Larry E. Cook
**CASPER, MEADOWS, SCHWARTZ & COOK**
Attorney for Plaintiffs

Dated: April 27, 2007

/s/ - "Andrew C. Schwartz"
James Fitzgerald, Esq.
Noah Blechman, Esq.
**MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS**
Attorney for Defendants

IT IS SO ORDERED.

DATED: 5/1/07

HON. CLAUDIA WILKEN
Judge of the United States District Court

---

*Grande and Gross v. City of Pleasant Hill, et al.* – Case No. C06-07556 CW          Page 2
STIPULATION AND ORDER TO EXTEND TIME TO COMPLETE MEDIATION

CASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131