JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
MCNAMARA, DODGE, NEY, BEATTY, SLATTERY,
PFALZER, BORGES & BROTHERS LLP
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
CITY OF PLEASANT HILL, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA GRANDE, ANTHONY GRANDE, DONNA GROSS, and MARIA LOUISE RODRIGUEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANT HILL, CALIFORNIA; FORMER POLICE CHIEF DAVID LIVINGSTON, sued in his individual capacity; LIEUTENANT JOSE DELATORRE, sued in his individual capacity; SERGEANT DAVID NICHOLS, sued in his individual capacity; SERGEANT LISA HUGDAHL, sued in her individual capacity; DETECTIVE MATT KRISTIC, sued in his individual capacity; OFFICER BRIAN LEONARD, sued in his individual capacity; OFFICER TIM JUNG, sued in his individual capacity; OFFICER TODD JUNG, sued in his individual capacity; OFFICER PHILIP REILY, sued in his individual capacity; OFFICER RONALD PRIEBE, sued in his individual capacity; OFFICER DREW SANCHEZ, sued in his individual capacity; OFFICER JEFFREY HAHN, sued in his individual capacity; OFFICER ZACH LEKSE, sued in his individual capacity; CORPORAL SCOTT VERMILLION, sued in his individual capacity; SERGEANT TIM FRANK, sued in his individual capacity; and DOES 1 through 100, | Case No. C06-7556 CW<br><br>**STIPULATION FOR DISMISSAL OF SOME DEFENDANTS, WITH PREJUDICE, AND ORDER** |

|   |   |
|---|---|
| 1 | Defendants. |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective counsel of record, and approved by the Court in the accompanying Order, that pursuant to Federal Rule of Civil Procedure 41(a)(1), Defendants SGT. LISA HUGDAHL, OFFICER PHILIP REILY, OFFICER RONALD PRIEBE, OFFICER DREW SANCHEZ, OFFICER JEFFREY HAHN, OFFICER ZACH LEKSE, CORPORAL SCOTT VERMILLION, SGT. TIM FRANK and DET. MATT KRISTIC are hereby dismissed from this action, with prejudice, each party to bear their own fees and costs pertaining to these dismissed parties.

IT IS SO STIPULATED.

CASPER, MEADOWS, SCHWARTZ & COOK

Dated: July ____, 2007

_____
Andrew C. Schwartz / Larry E. Cook
Attorneys for Plaintiffs

Dated: July ____, 2007    MCNAMARA, DODGE, NEY, BEATTY, SLATTERY, PFALZER, BORGES & BROTHERS LLP

By: _____
James V. Fitzgerald, III / Noah G. Blechman
Attorneys for Defendants
CITY OF PLEASANT HILL, ET AL.

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: __**8/1**_____, 2007

_[signature: Claudia Wilken]_

_____
Hon. Claudia Wilken
United States District Court Judge

STIPULATION AND ORDER FOR DISMISSAL OF SOME DEFENDANTS – Case No. C06-7556 CW        2