Andrew C. Schwartz (State Bar No. 64578)
Larry E. Cook (State Bar No. 122776)
Thom Seaton (State Bar No. 62713)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1131
Email: cook@cmslaw.com

James V. Fitzgerald, III (State Bar No. 55632)
**McNAMARA, DODGE, NEY, BEATTY,
SLATTERY, PFALZER, BORGES & BROTHERS LLP**
1211 Newell Avenue
Post Office Box 5288
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile: (925) 939-0203
Email: james.fitzgerald@mcnamaralaw.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA GRANDE, ANTHONY GRANDE, DONNA GROSS, and MARIA LOUISE RODRIGUEZ<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PLEASANT HILL, CALIFORNIA; FORMER POLICE CHIEF DAVID LIVINGSTON, sued in his individual capacity; LIEUTENANT JOSE DELATORRE, sued in his individual capacity; SERGEANT DAVID NICHOLS, sued in his individual capacity; OFFICER BRIAN LEONARD, sued in his individual capacity; OFFICER TIM JUNG, sued in his individual capacity; OFFICER TODD JUNG, sued in his individual capacity; and DOES 1 through 100,<br><br>Defendants. | CASE NO.: C06-07556 CW<br><br>**STIPULATION FOR DISMISSAL BY PLAINTIFF<br>RULE 41(a)(1) F.R.C.P.** |

**CASPER, MEADOWS, SCHWARTZ & COOK**
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Grande and Gross vs. City of Pleasant Hill, et al.* C06-07556 CW
STIPULATION FOR DISMISSAL BY PLAINTIFF (RULE 41(a)(1) F.R.C.P.)

Page 1

1    TO THE HONORABLE CLAUDIA WILKEN OF THE UNITED STATES

2    DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA:

3

4        The parties hereto, by and through their respective counsel of record, stipulate

5    and agree that pursuant to the terms of the settlement reached between the parties,

6    this action shall be voluntarily dismissed with prejudice, each party to bear its own

7    costs and attorneys' fees.

8

9        IT IS SO STIPULATED:

10

11   Dated: December 11, 2007

        Andrew C. Schwartz
12      Larry E. Cook
        CASPER, MEADOWS, SCHWARTZ & COOK

13

14   Dated: December 17, 2007

        James V. Fitzgerald, III
15      McNAMARA, DODGE, NEY, BEATTY,
        SLATTERY, PFALZER, BORGES &
16      BROTHERS LLP

17

18                        ORDER

     PURSUANT TO STIPULATION, IT IS SO ORDERED.
19

20   Dated:  December 26, 2007

21      HONORABLE CLAUDIA WILKEN

22

23

24

25

26

27

28

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX (925) 947-1131

*Grande and Gross vs. City of Pleasant Hill, et al.* C06-07556 CW                    Page 2
STIPULATION FOR DISMISSAL BY PLAINTIFF (RULE 41(a)(1) F.R.C.P.)